| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2©) | |
| Russell L. Low, Esq. - RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07601<br>201-343-4040<br>Attorneys for Debtor | |
| In Re<br><br>**IBRAHIM KARAKOC**<br>**HATICE KARAKOC**<br><br>Debtor(s) | |

Order Filed on June 7, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.        15-29579

Hearing Date:   June 1, 2016, 10:30am

Judge:          Rosemary Gambardella

Chapter:        13

## ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTORS' REAL PROPERTY LOCATED AT 105 GOULD AVENUE, PATERSON, NEW JERSEY UNSECURED

---

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor:     Ibrahim Karakoc and Hatice Karakoc
Case No.:   15-29579-RG
Caption:    ORDER RENDERING THE SECOND MORTGAGE ON THE DEBTORS' REAL PROPERTY LOCATED AT 106 GOULD AVENUE, PATERSON, NEW JERSEY UNSECURED

---

THIS MATTER having been opened to the Court by Russell L. Low, Esq., the debtors' counsel, upon the debtors' Motion for an Order stripping off the second mortgage on the debtors' real property located at 105 Gould Avenue, Paterson, New Jersey to unsecured status and which mortgage is held by Clear Spring Loan Service and treating the claim of Clear Spring Loan Service as unsecured, and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED AND DECREED**, that the second mortgage held by Clear Spring Loan Service in and on debtors' real estate located 105 Gould Avenue, Paterson, New Jersey, be and hereby is to be treated within the debtors' payment plan as unsecured, and it is further;

**ORDERED AND DECREED**, that upon confirmation and completion of all payments in accordance with the debtors' Chapter 13 repayment plan, the second mortgage held by Clear Spring Loan Service in and on debtors' real estate located at 105 Gould Avenue, Paterson, New Jersey will be expunged, and it is further;

**ORDERED AND DECREED**, that upon confirmation and completion of all of the payments in accordance with the debtors' Chapter 13 repayment plan, the mortgage in the name of Clear Spring Loan Service shall be and is hereby canceled and discharged of record as to Ibrahim Karakoc and Hatice Karakoc, and it is further,

**ORDERED AND DECREED**, that subject to the foregoing paragraph, that the Clerk of the County of Passaic may cancel and discharge the mortgage as to Ibrahim Karakoc and Hatice Karakoc by entering on the record a copy of this Order.